No. 266. EMELIE W. PEACOCK *v.* MABEL G. REINECKE,
COLLECTOR OF INTERNAL REVENUE FOR THE FIRST INTERNAL REVENUE DISTRICT OF ILLINOIS.   Appeal from the
Circuit Court of Appeals for the Seventh Circuit.   Argued
April 23, 1926.   Decided April 26, 1926.   *Per Curiam.*
Dismissed for want of jurisdiction upon the authority of
*Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Goodrich* v. *Ferris,*
214 U. S. 71, 79; *Toop* v. *Ulysses Land Company,* 237
U. S. 580, 583; *United Security Company* v. *American
Fruit Produce Company,* 238 U. S. 140, 142; *Sugarman*
v. *United States,* 249 U. S. 182, 184; *Berkman* v. *United
States,* 250 U. S. 114, 118; *Piedmont Power & Light Com-*

*pany* v. *Town of Graham,* 253 U. S. 193, 195. *Mr. Herbert Pope,* with whom *Messrs. James F. Forstall* and *E. Barrett Prettyman* were on the brief, for appellant. *Solicitor General Mitchell,* with whom *Assistant Attorney General Willebrandt* and *Mr. Sewall Key* were on the brief, for appellee.